JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONG BEACH MEMORIAL MEDICAL CENTER,<br><br>                    Plaintiff,<br><br>        v.<br><br>BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA, INC., et al.,<br><br>                    Defendants. | Case No.  CV 17-8181-GW(KSx)<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: August 17, 2018

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE